# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DONALD R. STANLEY,

                Plaintiff,

v.

Case No. 17-CV-776-JPS

MILWAUKEE SECURE DETENTION FACILITY,

**ORDER**

                Defendant.

      Plaintiff, a prisoner proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated while he was housed at the Milwaukee Secure Detention Facility. (Docket #1). On August 18, 2017, Magistrate Judge Nancy Joseph screened Plaintiff's complaint and dismissed it, noting that Plaintiff impermissibly named only the facility where he was incarcerated and not the individuals who purportedly violated his rights. (Docket #7 at 3–4); *Buchanan-Moore v. County of Milwaukee*, 570 F.3d 824, 827 (7th Cir. 2009). Magistrate Joseph directed him to file an amended complaint naming the responsible individuals no later than September 22, 2017 and warned that failure to do so could result in dismissal of this action. (Docket #7 at 4).

      The September 22 deadline has passed and the Court has not received an amended complaint or any other communication from Plaintiff. He was warned that failure to file an amended complaint within the prescribed period could result in dismissal of this action. *See Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006). Plaintiff has not

heeded the Court's warning and, as a result, the Court will dismiss this action without prejudice for his failure to prosecute the same. *See* Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 10th day of October, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge